1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  DENNIS MICHAEL NERENEY (CSBN40989 )
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7251
7
   Attorneys for Plaintiff
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )    No. 1 CR-05-0009 MAG (NJV)
                                    )
13      Plaintiff,                  )
                                    )    NOTICE OF DISMISSAL
14      v.                          )
                                    )
15 ERIC ALLAN GOTSCH,               )
                                    )    (San Francisco Venue)
16      Defendant.                  )
                                    )
17 _____  )

18     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

19 United States Attorney for the Northern District of California dismisses the above complaint

20 without prejudice.

21 DATED: July 12, 2005                    Respectfully submitted,

22                                         KEVIN V. RYAN
                                           United States Attorney
23
24                                         /s/ Michael Wang
                                           MICHAEL WANG
25                                         Chief, Major Crimes

26
27
28

NOTICE OF DISMISSAL (1 CR-05-0009 MAG (NJV))

1 | Leave is granted to the government to dismiss the indictment. ~~Optional.~~ It is further ordered
2 | that the arrest warrant issued in connection with the indictment is quashed.

Date: July 20 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　Nandor J. Vadas
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge